**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01125-CV

**YERMA RICE AND ALL OTHER OCCUPANTS, Appellant**

**V.**

**PINNWELL INVESTMENT LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04268-D**

## ORDER

The reporter's record in this case is overdue. By postcard dated November 1, 2012, we notified the Court Reporter that the record was overdue. We directed the Court Reporter to file the record within thirty days. Thereafter, we suspended the deadlines in this case pending resolution of a jurisdictional issue. By letter dated January 28, 2013 we notified the parties that it appeared the Court had jurisdiction and we reinstated the deadline for the reporter's record, making it due on March 11, 2013. To date, we have not received the reporter's record.

Accordingly, we **ORDER** David Roy, Official Court Reporter for County Court at Law Number 4, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has

been made; or (3) written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

We notify appellant that if we receive verification that no request for the record has been made or that she has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to David Roy, Official Court Reporter for County Court at Law No. 4.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE